Roy W. Baker, Plaintiff, Counter-Defendant, Appellant, v. T. K. Rinaker, Carlinville National Bank, et al., Defendants, Counter-Plaintiffs, Appellees.

Gen. No. 10,474.

Fourth District.

January 22, 1964.

Coale, Johnston, Flesher & Taylor, of Taylorville (C. E. Flesher and Sam M. Taylor, of

counsel), for appellant; Hebron & O'Connell, of Carlinville, for appellees. Opinion by JUSTICE ROETH. **Not to be published in full.**